UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

|  |  |
|---|---|
| SHEILA HARLOW,<br>            Plaintiff,<br><br>v.<br><br>ATRIUS HEALTH, d/b/a HARVARD<br>VANGUARD MEDICAL ASSOCIATES,<br>            Defendant. | CIVIL No. |

**NOTICE OF REMOVAL**

TO:   The Justices of the United States District Court for the District of Massachusetts:

Pursuant to 28 U.S.C. § 1446, Defendant Atrius Health d/b/a Harvard Vanguard Medical Associates, by and through its undersigned counsel, hereby removes the action captioned <u>Shelia [sic] Harlow v. Atrius Health d/b/a Harvard Vanguard Medical Associates</u>, Civil No. 1654CV000158, now pending in the Dedham District Court, Norfolk County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.  In so doing, the Defendant states:

1.      The Plaintiff, Sheila Harlow, filed this action in the Dedham District Court, Norfolk County, on or about March 17, 2016.  The Defendant was served on June 13, 2016. A copy of all process, pleadings and orders served on the Defendant in the matter is attached hereto as <u>Exhibit A</u>.  The Defendant filed an Assented to Motion to Enlarge the Time to Respond to Plaintiff's Complaint on June 30, 2016, a copy of which is attached as <u>Exhibit B</u>.

2.      In her four-count complaint, Plaintiff, a former employee of Defendant, alleges that she regularly worked more than forty hours each week and was not paid for this time. In Count IV, she alleges a violation of the Fair Labor Standards Act, 29 U.S.C. § 207(a). She also

has additional counts arising out of the same alleged facts for: breach of contract, unjust enrichment, and a violation of the Massachusetts Overtime Law, M.G.L. c. 151, § 1A.

3.  The above described action is a civil action of which this court has original and supplemental jurisdiction under the provisions of 28 U.S.C. § 1331 and 1337, and removal is authorized under 28 U.S.C. § 1441, in that the action arises under the laws of the United States, under a law regulating commerce.

4.  Pursuant to 28 U.S.C. § 1446(b)(1), this notice of removal is timely as it is filed within thirty (30) days of receipt of the complaint.

5.  Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Dedham District Court. A copy of the Notice of Filing the Notice of Removal is attached hereto as Exhibit C. In accordance with 28 USC § 1446(d), Defendant will give written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff.

6.  Pursuant to Local Rule 81.1, the Defendant will file certified or attested to copies of all papers that have been filed in state court and a certified or attested to copy of all docket entries in state court.

WHEREFORE, Defendant Atrius Health d/b/a Harvard Vanguard Medical Associates respectfully requests that the above action now pending against it be removed from the Dedham District Court, Norfolk County, Commonwealth of Massachusetts to this Court and that it proceed herein.

        Respectfully submitted,

        ATRIUS HEALTH D/B/A HARVARD
        VANGUARD MEDICAL ASSOCIATES
        By its Attorneys,

        *//s// Laurie F. Rubin*
        Daniel S. Tarlow, BBO #552920
        dtarlow@princelobel.com
        Laurie F. Rubin, BBO #564947
        lfrubin@princelobel.com
        PRINCE LOBEL TYE LLP
        One International Place
        Boston, MA 02110
Dated: July 8, 2016        617-456-8000

## CERTIFICATE OF SERVICE

This hereby certifies that on this 8th day of July 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

        *//s// Laurie F. Rubin*
        Laurie F. Rubin